Ahmad J. Ekhlas
43 Edelweiss
RSM, CA 92688

FILED
2013 JUN 20  PM 1:04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA A...

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Ahmad J. Ekhlas,<br><br>    Plaintiff,<br><br>vs.<br><br>FRONTLINE ASSET STRATEGIES, LLC,<br><br>    Defendant. | Case No.: SACV13-00745 DOC(ANx)<br><br>APPLICATION AND REQUEST TO CLERK FOR ENTRY OF DEFAULT |

Plaintiff, Ahmad J. Ekhlas, pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby makes application to the Clerk for Entry of Default for the Plaintiff against Defendant, FRONTLINE ASSET STRATEGIES, LLC, for failure of said Defendant to plead or otherwise defend. Said failure of Defendant to plead or otherwise defend is set forth in the affidavit immediately following this Application.

Dated: June 20, 2013

Respectfully Submitted,

*[signature]*

Ahmad J. Ekhlas
43 Edelweiss
RSM, CA 92688

## AFFIDAVIT OF FAILURE TO PLEAD OR DEFEND
## AS TO FRONTLINE ASSET STRATEGIES, LLC

The undersigned, being duly sworn, upon oath deposes and says:

1. That he is Plaintiff and has personal knowledge of the facts set forth in this affidavit;

2. That Plaintiff on May 10, 2013 filed in this action a Complaint against the Defendant, FRONTLINE ASSET STRATEGIES, LLC (Frontline);

3. That the Summons for Frontline was issued in this matter on May 10, 2013;

4. That the Summons for Frontline issued in this matter was served on Frontline, through its resident agent, Corporation Service Company, on May 13, 2013;

5. That evidence of service of the Summons on Frontline is being filed with the Court as an attachment to this Affidavit;

6. That not less than 21 days have elapsed since service of the Summons and Complaint upon Frontline;

7. That examination of the Court files and records in this action shows that Frontline has failed to plead or otherwise defend as to Plaintiff's Complaint;

8. That this Affidavit is executed by the affiant herein for the purpose of enabling Plaintiff to obtain an Entry of Default against Frontline for failure to plead or otherwise defend as to Plaintiff's Complaint.

_____, Affiant
Ahmad J. Ekhlas

Subscribed and sworn to before me this 20th day of June, 2013.

_____ Notary Public



D.K. SHAH
COMM...1987901
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Term Exp. August 13, 2016