

1 | Ahmad J. Ekhlas
2 | 43 Edelweiss
  | RSM, CA 92688

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Ahmad J. Ekhlas, | |
| Plaintiff, | Case No.: SACV13- 745 DOC (ANx) |
| vs. | PROOF OF SERVICE |
| FRONTLINE ASSET STRATEGIES, LLC, | |
| Defendant. | |

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  FRONTLINE ASSET STRATEGIES, LLC

was received by me on *(date)*  05/10/2013  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Service by USPS Certified Mail number 7012 3050 0000 9229 5643 to registered agent: Corporation Service Company, 2711 Centerville Rd, Wilmington, DE 19808

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  05/27/2013

*Server's signature*

Paul M. Salmas
*Printed name and title*

12823 Maxwell Drive
Tustin, CA 92782
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Ahmad J. Ekhlas <br> _Plaintiff(s)_ <br> v. <br> FRONTLINE ASSET STRATEGIES, LLC <br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> SACV13-00745 DOC(ANx) <br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

        FRONTLINE ASSET STRATEGIES, LLC
        1935 West County Road B2
        Suite 425
        Roseville, MN 55113

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Ahmad J. Ekhlas
        43 Edelweiss
        RSM, CA 92688

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                              CLERK OF COURT

Date:     05/10/2013                                        _Dwayne Roberts_
                                                                            _Signature of Clerk or Deputy Clerk_

1146

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signed] ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Corporation Service Company<br>2711 Centerville Rd<br>Wilmington, DE 19808 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7012 3050 0000 9229 5643 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |