Ahmad J. Ekhlas
43 Edelweiss
RSM, CA 92688

FILED
2013 JUL -8  PM 3:47

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Ahmad J. Ekhlas,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRONTLINE ASSET STRATEGIES, LLC,<br><br>　　　　Defendant. | Case No.: SACV13-00745 DOC (ANx)<br><br>MOTION TO STRIKE ANSWER<br>Date:  Aug. 5, 2013<br>Time:  8:30am<br>Ct. Rm.:  9D |

## STATEMENT OF FACTS

1. Plaintiff filed the Summons and Complaint on May 10, 2013.

2. Service of the Summons and Complaint was executed on May 13, 2013 with an answer due no later than June 3, 2013.

3. Plaintiff filed Proof of Service in addition to Application and Request to Clerk for Entry of Default on June 20, 2013.

4. Defendant filed an Answer on June 21, 2013, which was untimely.

5. Defendant has not provided sufficient reason to the court as to why their Answer was untimely.

6. Plaintiff has submitted an Affidavit swearing to the facts on June 20, 2013 (see attached copy).

**WHEREFORE**, Plaintiff, Ahmad J. Ekhlas, respectfully motions this court pursuant to Rule 12(f) to strike Answer of Defendant, FRONTLINE ASSET STRATEGIES, LLC.

Dated: July 8, 2013

Respectfully Submitted,

Ahmad J. Ekhlas
43 Edelweiss
RSM, CA 92688

## AFFIDAVIT OF FAILURE TO PLEAD OR DEFEND
## AS TO FRONTLINE ASSET STRATEGIES, LLC

The undersigned, being duly sworn, upon oath deposes and says:

1. That he is Plaintiff and has personal knowledge of the facts set forth in this affidavit;

2. That Plaintiff on May 10, 2013 filed in this action a Complaint against the Defendant, FRONTLINE ASSET STRATEGIES, LLC (Frontline);

3. That the Summons for Frontline was issued in this matter on May 10, 2013;

4. That the Summons for Frontline issued in this matter was served on Frontline, through its resident agent, Corporation Service Company, on May 13, 2013;

5. That evidence of service of the Summons on Frontline is being filed with the Court as an attachment to this Affidavit;

6. That not less than 21 days have elapsed since service of the Summons and Complaint upon Frontline;

7. That examination of the Court files and records in this action shows that Frontline has failed to plead or otherwise defend as to Plaintiff's Complaint;

8. That this Affidavit is executed by the affiant herein for the purpose of enabling Plaintiff to obtain an Entry of Default against Frontline for failure to plead or otherwise defend as to Plaintiff's Complaint.

_____, Affiant
Ahmad J. Ekhlas

Subscribed and sworn to before me this 20th day of June, 2013.

_____ Notary Public



D.K. SHAH
COMM...1987901
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Term Exp. August 13, 2016

## PROOF OF SERVICE

I, ~~Paul Street~~ Paul Salmas (name), declare as follows. I am over the age of 18 years. My address is:

12823 Maxwell Dr
Tustin, CA 92782

On July 8, 2013 (date), I served the foregoing document described as:

Motion to Strike Answer,
Application and Request to clerk for
entry of default.

USPS Certified Mail Number: 7012 2920 0002 0328 8505
on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail in Tustin, CA (city, state), addressed to:

Kronik Moskovitz Tiedmann and Girard
ATTN: June D Coleman (name)                              (name)
400 Capitol Mall 27th Floor (address)                    (address)
Sacramento, CA 95814 (address)                           (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2013 (date) at Santa Ana, CA (place of signing).

_____ (signature)
Paul Salmas (name)