UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SA CV 13-0745-DOC (ANx)                                Date: July 16, 2013

Title: AHMAD J. EKHLAS v. FRONTLINE ASSET STRATEGIES LLC

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                        NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER GRANTING UNOPPOSED MOTION

      Before the Court is a Motion to Strike (Dkt. 11) filed by Plaintiff Ahmad J. Ekhlas on July 8, 20113.  Pursuant to Local Rule 7-9, Defendant's opposition to this motion was due on July 15, 2013.  As of this date, Defendant has filed no opposition.

    Accordingly, pursuant to Local Rule 7-12, the motion is hereby GRANTED AS UNOPPOSED, and Defendant's Answer is STRICKEN.  The hearing set for August 5, 2013, is vacated.

    The Clerk shall serve this minute order on all parties to the action.

Clerk's Initials: jcb