UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SA CV 13-0745-DOC (ANx)                                Date: July 22, 2013

Title: AHMAD J. EKHLAS v. FRONTLINE ASSET STRATEGIES LLC

PRESENT:

                THE HONORABLE DAVID O. CARTER, JUDGE

    Julie Barrera                                         Not Present
  Courtroom Clerk                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                               NONE PRESENT

PROCEEDING (IN CHAMBERS)   ORDER RECONSIDERING PREVIOUS ORDER,
                                                  REINSTATING DEFENDANT'S ANSWER, AND TAKING
                                                  MATTER UNDER SUBMISSION

      On July 16, 2013, this Court granted as unopposed Plaintiff Ahmad Ekhlas's Motion to Strike Defendant's Answer.  See July 16, 2013, Minute Order (Dkt. 12).  In its order, the Court stated the following:

>       *Before the Court is a Motion to Strike (Dkt. 11) filed by Plaintiff Ahmad J. Ekhlas on July 8, 20113.  Pursuant to Local Rule 7-9, Defendant's opposition to this motion was due on July 15, 2013 [21 days prior to the August 5, 2013, hearing date].  As of this date, Defendant has filed no opposition.*
>
>       *Accordingly, pursuant to Local Rule 7-12, the motion is hereby GRANTED AS UNOPPOSED, and Defendant's Answer is STRICKEN.  The hearing set for August 5, 2013, is vacated.*

      However, on July 17, 2013, Defendant filed an Opposition (Dkt. 13) correctly noting that Plaintiff's original Motion to Strike (Dkt. 11) was improperly noticed.  Indeed, upon review, it appears that Plaintiff served the motion on Defendant *by mail* on July 8, 2013.  *See* Pl's Mot. at 4 (Proof of Service).  While Local Rule 6-1 states that, "[i]f served personally, or electronically, the notice of motion shall be served not later than twenty-eight (28) days before the Motion Day designated in the

notice," it specifies that, "[i]f mailed, the notice of motion shall be served not later than thirty-one (31) days before the Motion Day designated in the notice."  L. R. 6-1.  Because Plaintiff set a hearing date of August 5, 2013, but failed to serve the motion by mail 31 days prior to that date, notice was insufficient.  Any proper hearing date would have been later than August 8, 2013, and Defendant's opposition would not have been late.

Accordingly, the Court hereby RECONSIDERS its July 16, 2013, Minute Order (Dkt. 12), REINSTATES Defendant's original Answer (Dkt. 7), and takes the matter under submission.[1]  The Court will consider Plaintiff's motion on the merits, Defendant's opposition, and any reply filed by Plaintiff on or before July 29, 2013.

The Clerk shall serve this minute order on all parties to the action.

Clerk's Initials: jcb

---

[1] The Court finds this matter appropriate for decision without oral argument.  Fed.R.Civ. P. 78; Local Rule 7-15.