UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES - GENERAL</u>

Case No. SA CV 13-745-DOC (ANx)                                                         Date: August 7, 2013

Title: AHMAD J. EKHLAS v. FRONTLINE ASSET STRATEGIES LLC

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

  <u>Julie Barrera</u>           <u>Not Present</u>
  Courtroom Clerk          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT           NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DENYING MOTION FOR DEFAULT JUDGMENT

  Before the Court is a Motion for Default Judgment (Dkt. 17) filed by Plaintiff Ahmad Ekhlas. Defendant filed its Opposition (Dkt. 21) on July 22, 2013. The Court finds this matter appropriate for decision without oral argument. Fed.R.Civ. P. 78; Local Rule 7-15. After reviewing all briefing on the matter, the Court DENIES Plaintiff's motion.

  Pursuant to Federal Rule of Civil Procedure 55(b), a court may order default judgment following the entry of default by the Clerk of the Court. *See PepsiCo, Inc. v. California Sec. Cans*, 238 F. Supp. 2d 1172, 1174 (C.D. Cal. 2002). In the Central District of California, motions for default judgment must set forth the following information: (1) when and against which party the default was entered; (2) the identification of the pleading to which default was entered; (3) whether the defaulting party is an infant or incompetent person, and if so, whether that person is adequately represented; (4) that the Soldiers' and Sailors' Civil Relief Act of 1940 does not apply; and (5) that notice of the application has been served on the defaulting party, if required. Local Rule 55–1.

  Here, Plaintiff's motion fails to identify "when and against which party the default was entered" because default has not been entered against defendant. This is because entry of default is only available when a defendant "failed to plead or otherwise defend," Fed. R. Civ. P. 55(a), and here Defendant has filed an Answer (Dkt. 7) and an Amended Answer (Dkt. 14). While Plaintiff has moved to strike Defendant's answer, *see* Pl's Mot. (Dkt. 11), the Court has not yet ruled on that motion.

Accordingly, Plaintiff's Motion for Entry of Default Judgment is DENIED.

The Clerk shall serve this minute order on all parties to the action.

Clerk's Initials:  jcb