JUNE D. COLEMAN (CSBN 191890)
jcoleman@kmtg.com
DANIELLE R. TEETERS (CSBN 210056)
dteeters@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA  95814
Telephone:   (916) 321-4500
Facsimile:    (916) 321-4555

Attorneys for Defendant
FRONTLINE ASSET STRATEGIES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AHMAD J. EKHLAS,<br><br>            Plaintiff,<br><br>v.<br><br>FRONTLINE ASSET STRATEGIES, LLC,<br><br>            Defendant. | CASE NO.  8:13-CV-00745-DOC-AN<br><br>**DEFENDANT'S SEPARATE RULE 26(f) REPORT**<br><br>Judge: Hon. David O. Carter<br>Date: September 9, 2013<br>Time: 8:30a.m.<br>Courtroom: 9-D |

Defendant FRONTLINE ASSET STRATEGIES, LLC ("Defendant") hereby submits this Separate Rule 26(f) Report. Defendant worked with in pro per Plaintiff Ahmad Ekhlas in an effort to file a joint report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's June 26, 2013 order in this matter. (See a true and correct copy of Plaintiff's email correspondence to Defense Counsel Danielle R. Teeters, attached hereto as Exhibit A.) Defense counsel Danielle Teeters contacted Plaintiff on August 14, 2013 with regards to the requirement to meet and confer to discuss the Rule 26f matters. The Parties conducted that meeting on Friday, August 16, 2013. Plaintiff forwarded a draft

1036209.1 13780.002                           - 1 -

**DEFENDANT'S RULE 26(F) REPORT**

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

report to Defendant on August 20, 2013, and Defendant provided additions and edits to the report on August 23, 2013.

On August 23, 2013, Plaintiff complained regarding Defendant's addition to the section of the report that describes the case, claims and defenses. Plaintiff complained that Defendant had incorrectly argued the case to the Court and demanded that the section be removed. Defense counsel explained that the Court required that a summary of the facts and defenses be made and that the two brief paragraphs added by Defendant complied with the Court's order. Plaintiff did not respond back until Saturday, August 24, 2013, stating he would file a separate report and that he was unhappy that Defense counsel had waited until the last minute to get the report back to him. Defense counsel notes that she sent the report back to Plaintiff three days before it was due.

**1.   A short factual summary of the case and of claims and defenses:**

Defendant's Statement:

Plaintiff claims that Defendant, a collection agency, had no permissible purpose to access his consumer credit report because he had no account with Defendant. However, Plaintiff owed a debt to First Premier Bank. Plaintiff has never disputed that he owed a debt to First Premier Bank. First Premier Bank assigned that debt to Defendant for collection. Under 15 U.S.C.§1681b(a)(3)(A) the FCRA provides a debt collector with a permissible purpose to access a consumer's credit report for the purpose of collecting a debt.  Plaintiff's credit card account with First Premier Bank is exactly the type of account that is governed under such permissible purpose. (See *Rodriguez v. Cavalry Portfolio Services, LLC* (S.D. Cal. 2012) 2012 WL 726474.)

Plaintiff also claims that Defendant violated section 1692g of the FDCPA because it failed to provide him with written notice within five days of its initial communication with him. Plaintiff does not plead any facts as to the type of communication Defendant allegedly had with him. Plaintiff is claiming that the

1  alleged communication made is the access to Plaintiff's credit report. However,
2  case law is clear that the pulling of a credit report is not considered communication
3  with the debtor. (See *Robinson v. TSYS Total Debt Managment, Inc*. (D. Maryland
4  2006) 447 F. Supp. 2d 502, 508-09 (allegation that Defendant "communicated the
5  debt to Plaintiff's credit report" insufficient under 1692g "because it is not a
6  communication with a consumer.") Plaintiff's Complaint is frivolous.

7  **2.    A short synopsis of the principal issues in the case:**
8  <u>Defendant's Statement of the principal issues in the case:</u>
9  Whether Defendant had a permissible purpose to access Plaintiff's
10 consumer credit report under the FCRA. Whether reporting a debt to the consumer
11 credit reporting agencies is a communication with a debtor under the FDCPA.

12 **3.    A statement of whether parties are likely to be added and whether
13 the pleadings are likely to be amended:**
14 Defendant does not anticipate adding additional parties at this time.

15 **4.    A statement as to issues which any party believes may be
16 determined by motion and a listing of then-contemplated law and motion
17 matters:**
18 Defendant anticipates filing a dispositive motion.

19 **5.    A statement of what settlement discussions have occurred and
20 what settlement procedure is recommended:**
21 The parties have engaged in informal settlement negotiations, and will
22 continue to do so. In accordance with Local Rule 16-15-4, Defendant selects ADR
23 Procedure No. 2.

24 **6.    A discovery plan, which should set forth discovery phases, the
25 order of discovery, and any limitations on discovery:**
26 If discovery is necessary, Defendant will seek discovery as to
27 Plaintiff's claims and damages. Discovery should not be conducted in phases, nor
28 should any limitations on discovery be imposed. Discovery should be conducted in

1 accordance with the Federal Rules of Civil Procedure.

2 **7.   A statement of whether trial will be by jury or to the Court and a**
3 **realistic estimated length of trial:**

4 Both Parties have demanded a trial by jury.  Defendant estimates a two
5 day trial.

6 **8.   A statement of any other issues affecting the status or management**
7 **of the case:**

8 None at this time.

9 **9.   Proposed dates:**

10 | Discovery cut-off: | January 10, 2014 |
11 | Expert Witness Disclosures: | January 30, 2014 |
12 | Expert Witness Discovery cut-off: | March 10, 2014 |
13 | Motion cut-off: | March 30, 2014 |
14 | Pretrial conference: | May 1, 2014 |
15 | Trial: | May 13, 2014 |

17 Dated: August 26, 2013

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Law Corporation

By:  /s/ Danielle R. Teeters
June D. Coleman
Danielle R. Teeters
Attorneys for Defendant
FRONTLINE ASSET STRATEGIES, LLC

## PROOF OF SERVICE

I, Kathy Rockenstein, declare:

I am a citizen of the United States and employed in Sacramento County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 400 Capitol Mall, 27th Floor, Sacramento, California 95814. On August 26, 2013, I served a copy of the within document(s):

**DEFENDANT'S RULE 26(f) REPORT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Ahmad J. Ekhlas            Plaintiff
43 Edelweiss
RSM, CA 92688

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

1036209.1 13780.002               - 5 -

DEFENDANT'S RULE 26(F) REPORT

1  at whose direction the service was made.

2  Executed on August 26, 2013, at Sacramento, California.

*[signature]*
Kathy Rockenstein

1036209.1 13780.002

- 6 -

**DEFENDANT'S RULE 26(F) REPORT**

Kronick,
Moskovitz,
Tiedemann &
Girard
Attorneys At Law

**EXHIBIT A**

## Rockenstein, Kathy

| | |
|---|---|
| **From:** | jawed ekhlas [jawedekhlas@yahoo.com] |
| **Sent:** | Saturday, August 24, 2013 2:52 PM |
| **To:** | Teeters, Danielle R. |
| **Cc:** | Coleman, June; Rockenstein, Kathy; Ramirez, Sherry |
| **Subject:** | Re: Ekhlas v. Frontline Asset Strategies 11111-355 |

Danielle,

This is why I prefer not to wait until the last minute to file documents. We are not in agreement to whether it is proper to argue your case and cite case law in the 26(f) report. This report is simply to give the court an overview of the case so that the court can schedule how the case should move forward on a time schedule. I will be submit my own report to the court as I refuse to do an improper "joint" document. I have revised my original drafted report to reflect your date additions, and will be filing it on Monday.

Regards,

Ahmad Ekhlas

---

**From:** "Teeters, Danielle R." <DTeeters@kmtg.com>
**To:** jawed ekhlas <jawedekhlas@yahoo.com>
**Cc:** "Coleman, June" <jcoleman@kmtg.com>; "Rockenstein, Kathy" <krockenstein@kmtg.com>; "Ramirez, Sherry" <SRamirez@kmtg.com>
**Sent:** Friday, August 23, 2013 5:53 PM
**Subject:** RE: Ekhlas v. Frontline Asset Strategies 11111-355

Ahmad: The parties are permitted to provide the court with their own factual summary of the case. That's what we've done. As discovery has not started yet, no evidence has been exchanged yet. Thus, just as with the "facts" you allege in the Complaint, you are free to reallege them in that paragraph, as we have done with our facts. We also believe that this case will be decided on the law. Thus we have cited to dispositive cases that support our defenses.

We will make the formatting changes. I propose that we file it, however it will be under our caption. If that is fine, I'll send it to you first thing Monday morning, you can sign it and scan it back to me and we will efile it.

Danielle R. Teeters, Attorney
Kronick Moskovitz Tiedemann & Girard
400 Capitol Mall, 27th Floor
Sacramento, California 95814
916/321-4500
916/321-4570 – direct line
916/321-4555 – fax
dteeters@kmtg.com

---

**From:** jawed ekhlas [mailto:jawedekhlas@yahoo.com]
**Sent:** Friday, August 23, 2013 5:36 PM
**To:** Teeters, Danielle R.
**Cc:** Coleman, June; Rockenstein, Kathy; Ramirez, Sherry

**Subject:** Re: Ekhlas v. Frontline Asset Strategies 11111-355

Hi Danielle,

Thank you for the report. That would be great if your office can apply the necessary formatting for the report. Additionally, in reading your factual summary of the case, it appears that you've made a few conclusory allegations not based on any evidence before the court. It also seems you are arguing your case in this report by making allegations and citing case law, and I don't believe this is the appropriate place to make such an argument. Please revise the text in paragraph 1. Also, I left space in the caption for you to fill out your firm's contact info. Everything else looks fine, including the added dates.

Thank you,

Ahmad Ekhlas

---

**From:** "Teeters, Danielle R." <DTeeters@kmtg.com>
**To:** jawed ekhlas <jawedekhlas@yahoo.com>
**Cc:** "Coleman, June" <jcoleman@kmtg.com>; "Rockenstein, Kathy" <krockenstein@kmtg.com>; "Ramirez, Sherry" <SRamirez@kmtg.com>
**Sent:** Friday, August 23, 2013 5:03 PM
**Subject:** RE: Ekhlas v. Frontline Asset Strategies 11111-355

Hi Ahmad: I hadn't heard back from you with regards to the formatting offer so I've attached the report with my edits. If you would like assistance with formatting on Monday prior to filing, just let me know and I'm happy to do that. I added time to the proposed schedule for the disclosure of expert witnesses and the deadline for expert witness discovery. If you are going to make further substantive edits, please let me know. As I mentioned in a prior email, the Central District requires that the font be 14 point. Please make the formatting corrections and return the document to me for a final review prior to filing.

Thank you. Have a great weekend.

~ Danielle

Danielle R. Teeters, Attorney
Kronick Moskovitz Tiedemann & Girard
400 Capitol Mall, 27th Floor
Sacramento, California 95814
916/321-4500
916/321-4570 – direct line
916/321-4555 – fax
dteeters@kmtg.com

---

**From:** jawed ekhlas [mailto:jawedekhlas@yahoo.com]
**Sent:** Friday, August 23, 2013 10:03 AM
**To:** Teeters, Danielle R.
**Cc:** Coleman, June; Rockenstein, Kathy; Ramirez, Sherry
**Subject:** Re: Ekhlas v. Frontline Asset Strategies 11111-355

Hi Danielle,

I have not heard back from you regarding the report. Please send me your added report for my review

8/26/2013

so we can timely file this with the court.

Thank you,

Ahmad Ekhlas

---

**From:** jawed ekhlas <jawedekhlas@yahoo.com>
**To:** "Teeters, Danielle R." <DTeeters@kmtg.com>
**Cc:** "Coleman, June" <jcoleman@kmtg.com>; "Rockenstein, Kathy" <krockenstein@kmtg.com>; "Ramirez, Sherry" <SRamirez@kmtg.com>
**Sent:** Tuesday, August 20, 2013 12:46 PM
**Subject:** Re: Ekhlas v. Frontline Asset Strategies 11111-355

Hi Danielle,

I've attached a drafted 26(f) Joint Report. Please review, and add the information you would like to add.

Ahmad Ekhlas

---

**From:** "Teeters, Danielle R." <DTeeters@kmtg.com>
**To:** jawed ekhlas <jawedekhlas@yahoo.com>
**Cc:** "Coleman, June" <jcoleman@kmtg.com>; "Rockenstein, Kathy" <krockenstein@kmtg.com>; "Ramirez, Sherry" <SRamirez@kmtg.com>
**Sent:** Thursday, August 15, 2013 4:08 PM
**Subject:** RE: Ekhlas v. Frontline Asset Strategies 11111-355

That sounds great! If you give me an estimated time I can ensure I'm at my desk. My direct line is 916/321-4570. Thank you!

Danielle R. Teeters, Attorney
Kronick Moskovitz Tiedemann & Girard
400 Capitol Mall, 27th Floor
Sacramento, California 95814
916/321-4500
916/321-4570 – direct line
916/321-4555 – fax
dteeters@kmtg.com

---

**From:** jawed ekhlas [mailto:jawedekhlas@yahoo.com]
**Sent:** Thursday, August 15, 2013 3:24 PM
**To:** Teeters, Danielle R.
**Cc:** Coleman, June; Rockenstein, Kathy; Ramirez, Sherry
**Subject:** Re: Ekhlas v. Frontline Asset Strategies 11111-355

Hi Danielle,

I can call you tomorrow afternoon (Friday 8/16) and we can discuss then.

Thank you,

8/26/2013

Ahmad Ehklas

**From:** "Teeters, Danielle R." <DTeeters@kmtg.com>
**To:** jawed ekhlas <jawedekhlas@yahoo.com>
**Cc:** "Coleman, June" <jcoleman@kmtg.com>; "Rockenstein, Kathy" <krockenstein@kmtg.com>; "Ramirez, Sherry" <SRamirez@kmtg.com>
**Sent:** Wednesday, August 14, 2013 1:16 PM
**Subject:** Ekhlas v. Frontline Asset Strategies 11111-355

Mr. Ekhlas: I am assisting June Coleman with the above referenced matter. I am writing with respect to the requirement of the parties to meet and confer regarding Federal Rules of Civil Procedure, Rule 26f. August 19, 2013, is the last court day for that meet and confer to take place. Is there a convenient time for us to conduct the meet and confer via telephone, or do you prefer to provide your draft Rule 26f report to me so I can provide comments and material in return? We must file the joint report by August 26, 2013.

Thank you.

Danielle



Danielle R. Teeters
*Attorney at Law*

400 Capitol Mall, 27th Floor
Sacramento, CA 95814

T: 916.321.4500
F: 916.321.4555

E-Mail
V-Card
www.kmtg.com

KRONICK MOSKOVITZ TIEDEMANN & GIRARD
A LAW CORPORATION

Shared Vision. Innovative Legal Solutions. Successful Clients.

The information contained in this E-mail is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this E-mail in error, please delete this message from your computer and immediately notify the sender. Thank you.

8/26/2013