UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.  SACV 13-0745-DOC(ANx) | Date  March 31, 2014 |
| Title  AHMAD J. EKHLAS -V- FRONTLINE ASSET STRATEGIES, LLC | |

Present: The Honorable  DAVID O. CARTER, United States District Judge

| Dwayne Roberts | CourtSmart | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | June Coleman |

Proceedings:   DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT [32]

      The case is called and counsel for defendant makes their appearance.  No appearance by plaintiff. Motion GRANTED.  Order signed this date.

| | : | 03 |
|---|---|---|
| Initials of Clerk | dr | |